| AO 10 Rev. 1/2014 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2013 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) Baker, Kristine G. | 2. Court or Organization Eastern District of Arkansas | 3. Date of Report 5/15/2014 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) Active Article III Judge | 5a. Report Type (check appropriate type) ☐ Nomination ☐ Date ☐ Initial ☑ Annual ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2013 to 12/31/2013 |

**7. Chambers or Office Address**

United States District Court - Eastern District of Arkansas
500 West Capitol Avenue, Room D444
Little Rock, Arkansas 72201

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Member | Arbor Enterprises, LLC |
| 2. | Member | Wasserliebend, LLC |
| 3. | | |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 1/1-4/8/13 | QGTB PLLC 401(k) Plan; plan participants in firm-sponsored 401(k) plan; self-directed account with investments disclosed on Part VII |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 12/31/2013 | MWSGW Ordinary business income |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Chase #1 | Credit card | J |
| 2. | Chase #2 | Credit card | J |
| 3. | Am. Express | Credit card | J |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baker, Kristine G. | 5/15/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Brokerage Acct. #1: | | | | | | | | | |
| 2. Am. Funds Int'l Growth & Income Fund | B | Dividend | L | T | Buy (add'l) | 03/18/13 | J | | |
| 3. | | | | | Buy (add'l) | 06/20/13 | J | | |
| 4. | | | | | Buy (add'l) | 09/13/13 | J | | |
| 5. | | | | | Buy (add'l) | 12/23/13 | J | | |
| 6. Am. Funds Europac. Fund | A | Dividend | K | T | Buy (add'l) | 01/10/13 | J | | |
| 7. | | | | | Buy (add'l) | 12/27/13 | J | | |
| 8. Am. Funds Growth Fund of Am. | A | Dividend | M | T | Buy (add'l) | 05/13/13 | K | | |
| 9. | | | | | Buy (add'l) | 06/14/13 | J | | |
| 10. | | | | | Buy (add'l) | 07/26/13 | J | | |
| 11. | | | | | Buy (add'l) | 09/12/13 | J | | |
| 12. | | | | | Buy (add'l) | 10/15/13 | J | | |
| 13. | | | | | Buy (add'l) | 11/22/13 | J | | |
| 14. | | | | | Buy (add'l) | 12/19/13 | J | | |
| 15. | | | | | Buy (add'l) | 12/24/13 | J | | |
| 16. Am. Funds New World Fund | B | Dividend | M | T | Buy (add'l) | 12/27/13 | J | | |
| 17. Am. Funds Smallcap Wrld. Fund | A | Dividend | L | T | Buy (add'l) | 12/27/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baker, Kristine G. | 5/15/2014 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Am. Funds Washington Mut. Fund | B | Dividend | M | T | Buy (add'l) | 03/25/13 | J | | |
| 19. | | | | | Buy (add'l) | 06/24/13 | J | | |
| 20. | | | | | Buy (add'l) | 09/23/13 | J | | |
| 21. | | | | | Buy (add'l) | 12/23/13 | J | | |
| 22. Am. Funds Global Balanced Fund | B | Dividend | M | T | Buy (add'l) | 03/28/13 | J | | |
| 23. | | | | | Buy (add'l) | 06/28/13 | J | | |
| 24. | | | | | Buy (add'l) | 09/27/13 | J | | |
| 25. | | | | | Buy (add'l) | 12/30/13 | J | | |
| 26. Brokerage Acct. #2: | | | | | | | | | |
| 27. Am. Funds Int'l. Growth & Income Fund (Y) | A | Dividend | | | Buy (add'l) | 03/18/13 | J | | |
| 28. | | | | | Distributed (part) | 04/05/13 | J | | |
| 29. | | | | | Distributed | 04/05/13 | J | | |
| 30. Am. Funds Europac. Fund (Y) | | None | | | Distributed (part) | 04/05/13 | K | | |
| 31. | | | | | Distributed | 04/05/13 | K | | |
| 32. Am. Funds Growth Fund of Am. (Y) | | None | | | Distributed (part) | 04/05/13 | K | | |
| 33. | | | | | Distributed | 04/05/13 | K | | |
| 34. Am. Funds Smallcap Wrld. Fund (Y) | | None | | | Distributed (part) | 04/05/13 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baker, Kristine G. | 5/15/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Distributed | 04/05/13 | J | | |
| 36. Am. Funds Washington Mut. Fund (Y) | A | Dividend | | | Buy (add'l) | 03/25/13 | J | | |
| 37. | | | | | Distributed (part) | 04/05/13 | K | | |
| 38. | | | | | Distributed | 04/08/13 | K | | |
| 39. Brokerage Acct. #3: | | | | | | | | | |
| 40. Fed Ex Corp (Y) | | | | | | | | | |
| 41. Am. Funds Fundamental Investors Fund | B | Dividend | L | T | Buy (add'l) | 12/19/13 | J | | |
| 42. Am. Funds Growth Fund of Am. | B | Dividend | K | T | Buy (add'l) | 12/20/13 | J | | |
| 43. Am. Funds Int'l. Growth & Income Fund | A | Dividend | J | T | Buy (add'l) | 12/24/13 | J | | |
| 44. Invesco Constellation Fund | A | Dividend | K | T | Buy (add'l) | 12/17/13 | J | | |
| 45. Am. Funds Europac. Fund | A | Dividend | J | T | Buy (add'l) | 12/30/13 | J | | |
| 46. Brokerage Acct. #4: | | | | | | | | | |
| 47. Am. Funds Int'l. Growth & Income Fund (Y) | | None | | | Distributed | 02/19/13 | J | | |
| 48. Am. Funds Europac. Fund (Y) | | None | | | Distributed | 02/19/13 | J | | |
| 49. Am. Funds Fundamental Investors Fund (Y) | | None | | | Distributed | 02/19/13 | J | | |
| 50. Am. Funds Growth Fund of Am. (Y) | | None | | | Distributed | 02/19/13 | J | | |
| 51. Am. Funds Global Balanced Fund (Y) | | None | | | Distributed | 02/19/13 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baker, Kristine G. | 5/15/2014 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Brokerage Acct. #5: | | | | | | | | | |
| 53. Am. Funds Global Balanced Fund | A | Dividend | J | T | Buy (add'l) | 02/05/13 | J | | |
| 54. | | | | | Buy (add'l) | 12/31/13 | J | | |
| 55. Am. Funds Europac. Fund | A | Dividend | J | T | Buy (add'l) | 02/05/13 | J | | |
| 56. | | | | | Sold (part) | 05/14/13 | J | | |
| 57. | | | | | Buy (add'l) | 12/30/13 | J | | |
| 58. Brokerage Acct. #6: | | | | | | | | | |
| 59. Am. Funds Global Balanced Fund | A | Dividend | J | T | Buy (add'l) | 02/05/13 | J | | |
| 60. | | | | | Buy (add'l) | 12/31/13 | J | | |
| 61. Am. Funds Europac. Fund | A | Dividend | J | T | Buy (add'l) | 02/05/13 | J | | |
| 62. | | | | | Sold (part) | 05/14/13 | J | | |
| 63. | | | | | Buy (add'l) | 12/30/13 | J | | |
| 64. Brokerage Acct. #7: | | | | | | | | | |
| 65. Vanguard Age-Based Aggressive Growth (Y) | | None | | | Buy (add'l) | 03/05/13 | J | | |
| 66. | | | | | Sold | 05/06/13 | M | | |
| 67. Brokerage Acct. #8: | | | | | | | | | |
| 68. Am. Funds Int'l Growth & Income Fund (Y) | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baker, Kristine G. | 5/15/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Am. Funds Capital World & Income Fund (Y) | | | | | | | | | |
| 70. Am. Funds Europac. Fund (Y) | | | | | | | | | |
| 71. Am. Funds Growth Fund of Am. (Y) | | | | | | | | | |
| 72. Am. Funds New World Fund (Y) | | | | | | | | | |
| 73. Am. Funds Smallcap Wrld. Fund (Y) | | | | | | | | | |
| 74. Am. Funds Washington Mut. Fund (Y) | | | | | | | | | |
| 75. Am. Funds Global Balanced Fund (Y) | | | | | | | | | |
| 76. American Funds 2024 Fund | A | Dividend | M | T | Buy (add'l) | 03/11/13 | J | | |
| 77. | | | | | Buy (add'l) | 05/03/13 | J | | |
| 78. | | | | | Buy (add'l) | 06/11/13 | J | | |
| 79. | | | | | Buy (add'l) | 08/22/13 | J | | |
| 80. | | | | | Buy (add'l) | 10/23/13 | J | | |
| 81. | | | | | Sold (part) | 12/20/13 | J | | |
| 82. | | | | | Buy (add'l) | 12/30/13 | J | | |
| 83. Brokerage Acct. #9: | | | | | | | | | |
| 84. Vanguard Age-Based Aggressive Growth | | None | M | T | Buy (add'l) | 03/05/13 | J | | |
| 85. | | | | | Buy (add'l) | 06/11/13 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baker, Kristine G. | 5/15/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Buy (add'l) | 08/26/13 | J | | |
| 87. | | | | | Buy (add'l) | 10/18/13 | J | | |
| 88. Brokerage Acct. #10: | | | | | | | | | |
| 89. Am. Funds Growth Fund of Am. (Y) | | None | | | | | | | |
| 90. Am. Funds New World Fund (Y) | | None | | | | | | | |
| 91. Am. Funds Capital World Growth & Income (Y) | | None | | | | | | | |
| 92. American Funds 2024 Fund | A | Dividend | L | T | Buy (add'l) | 02/28/13 | J | | |
| 93. | | | | | Buy (add'l) | 06/10/13 | J | | |
| 94. | | | | | Buy (add'l) | 08/22/13 | J | | |
| 95. | | | | | Buy (add'l) | 10/17/13 | J | | |
| 96. | | | | | Sold (part) | 12/20/13 | J | | |
| 97. | | | | | Buy (add'l) | 12/30/13 | J | | |
| 98. Centennial Bank (ckg. acct.) | A | Interest | L | T | | | | | |
| 99. Delta Trust & Bank (ckg. acct.) | A | Interest | L | T | | | | | |
| 100. Iberia Bank (svgs. acct.) | A | Interest | J | T | | | | | |
| 101. Membership interest in Arbor Enterprises, LLC: | | | | | | | | | |
| 102. Delta Bank & Trust | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baker, Kristine G. | 5/15/2014 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Am. Funds Int'l. Growth & Income Fund** | A | Dividend | K | T | Buy (add'l) | 03/18/13 | J | | |
| 104. | | | | | Buy (add'l) | 06/20/13 | J | | |
| 105. | | | | | Buy (add'l) | 09/13/13 | J | | |
| 106. | | | | | Buy (add'l) | 12/23/13 | J | | |
| 107. Am. Funds Capital World Fund** (Y) | A | Dividend | | | Buy (add'l) | 03/18/13 | J | | |
| 108. | | | | | Buy (add'l) | 06/17/13 | J | | |
| 109. | | | | | Sold | 08/07/13 | K | | |
| 110. Am. Funds Europac. Fund** (Y) | A | Dividend | | | Sold | 08/07/13 | K | | |
| 111. Am. Funds Growth Fund of Am.** | A | Dividend | K | T | Buy (add'l) | 06/14/13 | J | | |
| 112. | | | | | Buy (add'l) | 12/19/13 | J | | |
| 113. Am. Funds New World Fund** | A | Dividend | J | T | Sold (part) | 08/08/13 | J | | |
| 114. | | | | | Buy (add'l) | 12/27/13 | J | | |
| 115. Am. Funds Smallcap Wrld. Fund** | A | Dividend | J | T | Sold (part) | 08/08/13 | J | | |
| 116. | | | | | Buy (add'l) | 12/27/13 | J | | |
| 117. Am. Funds Washington Mut. Fund** | A | Dividend | K | T | Buy (add'l) | 03/25/13 | J | | |
| 118. | | | | | Buy (add'l) | 06/24/13 | J | | |
| 119. | | | | | Buy (add'l) | 09/23/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baker, Kristine G. | 5/15/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | Buy (add'l) | 12/23/13 | J | | |
| 121. Munder Growth Opportunities Fund** (Y) | | None | | | | | | | |
| 122. Windstream Corp.* (Y) | | None | | | | | | | |
| 123. Am. Funds Fundamental Investors Fund* | A | Dividend | K | T | Sold (part) | 08/02/13 | K | | |
| 124. Am. Funds Growth Fund of Am.* | A | Dividend | K | T | Sold (part) | 08/02/13 | K | | |
| 125. | | | | | Buy (add'l) | 12/20/13 | J | | |
| 126. American Beacon Stephens Mid Cap Growth Fund* | A | Dividend | K | T | Sold (part) | 08/02/13 | K | | |
| 127. | | | | | Buy (add'l) | 12/24/13 | K | | |
| 128. American Beacon Stephens Small Cap Growth Fund* | A | Dividend | K | T | Sold (part) | 08/02/13 | K | | |
| 129. | | | | | Buy (add'l) | 12/24/13 | K | | |
| 130. Am. Funds Europac. Fund* | A | Dividend | J | T | Buy (add'l) | 12/30/13 | K | | |
| 131. Membership interest in Wasserliebend, LLC: | | | | | | | | | |
| 132. Developed parcel in ▓▓▓▓, ▓▓ | | None | M | W | | | | | |
| 133. Undeveloped parcel ▓▓▓▓, ▓▓ k. | | None | J | W | | | | | |
| 134. Undeveloped parcel ▓▓▓▓, ▓▓ | | None | J | W | | | | | |
| 135. Undeveloped parcel ▓▓▓▓, ▓▓ | | None | J | W | | | | | |
| 136. Simmons First National Bank (ckg. acct.) | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baker, Kristine G. | 5/15/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. Membership interest in Quattlebaum, Grooms, Tull & Burrow (Y) | | None | | | | | | | |
| 138. Membership interest in Mitchell Williams | A | Int./Div. | L | U | | | | | |
| 139. New York Life: whole life policy 1 | A | Dividend | K | T | | | | | |
| 140. New York Life: whole life policy 2 | A | Dividend | K | T | | | | | |
| 141. Membership interest in ▨▨▨▨▨ . | A | Rent | M | U | Buy | 08/31/13 | M | | |
| 142. Brokerage Acct. #11: (X) | | | | | | | | | |
| 143. Am. Funds Global Balanced Fund (X) | A | Dividend | J | T | Open | 02/19/13 | J | | |
| 144. | | | | | Buy (add'l) | 03/28/13 | J | | |
| 145. | | | | | Buy (add'l) | 06/28/13 | J | | |
| 146. | | | | | Buy (add'l) | 09/27/13 | J | | |
| 147. | | | | | Buy (add'l) | 12/30/13 | J | | |
| 148. Am. Funds Europac. Fund (X) | A | Dividend | K | T | Open | 02/19/13 | J | | |
| 149. | | | | | Open | 04/05/13 | K | | |
| 150. | | | | | Buy (add'l) | 12/27/13 | J | | |
| 151. Am. Funds Fundamental Investors Fund (X) | A | Dividend | K | T | Open | 02/19/13 | J | | |
| 152. | | | | | Buy (add'l) | 03/18/13 | J | | |
| 153. | | | | | Buy (add'l) | 06/13/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes: (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baker, Kristine G. | 5/15/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. | | | | | Buy (add'l) | 09/13/13 | J | | |
| 155. | | | | | Buy (add'l) | 12/19/13 | J | | |
| 156. Am. Funds Growth Fund of Am. (X) | A | Dividend | L | T | Open | 02/19/13 | J | | |
| 157. | | | | | Open | 04/05/13 | K | | |
| 158. | | | | | Buy (add'l) | 12/19/13 | J | | |
| 159. Am. Funds Int'l Growth & Income Fund (X) | A | Dividend | K | T | Open | 02/19/13 | J | | |
| 160. | | | | | Buy (add'l) | 03/18/13 | J | | |
| 161. | | | | | Open | 04/05/13 | J | | |
| 162. | | | | | Buy (add'l) | 06/20/13 | J | | |
| 163. | | | | | Buy (add'l) | 09/13/13 | J | | |
| 164. | | | | | Buy (add'l) | 12/23/13 | J | | |
| 165. Am. Funds Smallcap Wrld. Fund (X) | A | Dividend | J | T | Open | 04/05/13 | J | | |
| 166. | | | | | Buy (add'l) | 12/27/13 | J | | |
| 167. Am. Funds Washington Mutual Fund (X) | A | Dividend | J | T | Open | 04/05/13 | K | | |
| 168. | | | | | Buy (add'l) | 06/24/13 | J | | |
| 169. | | | | | Buy (add'l) | 09/23/13 | J | | |
| 170. | | | | | Buy (add'l) | 12/23/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baker, Kristine G. | 5/15/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. Brokerage Acct. #12: (X) | | | | | | | | | |
| 172. Am. Funds Int'l. Growth & Income Fund (X) | A | Dividend | J | T | Open | 04/05/13 | K | | |
| 173. | | | | | Buy (add'l) | 06/14/13 | J | | |
| 174. | | | | | Buy (add'l) | 09/23/13 | J | | |
| 175. | | | | | Buy (add'l) | 12/23/13 | J | | |
| 176. Am. Funds Europac. Fund (X) | A | Dividend | K | T | Open | 04/05/13 | K | | |
| 177. | | | | | Buy (add'l) | 12/27/13 | J | | |
| 178. Am. Funds Growth Fund of Am. (X) | A | Dividend | L | T | Open | 04/05/13 | K | | |
| 179. | | | | | Buy (add'l) | 12/19/13 | J | | |
| 180. Am. Funds Smallcap Wrld. Fund (X) | A | Dividend | K | T | Open | 04/05/13 | K | | |
| 181. | | | | | Buy (add'l) | 12/17/13 | J | | |
| 182. Am. Funds Washington Mut. Fund (X) | A | Dividend | K | T | Open | 04/05/13 | K | | |
| 183. | | | | | Buy (add'l) | 06/24/13 | J | | |
| 184. | | | | | Buy (add'l) | 09/23/13 | J | | |
| 185. | | | | | Buy (add'l) | 12/23/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baker, Kristine G. | 5/15/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Lines 27 to 36 (Y): This account was closed in 2013, with assets being transferred in part to Brokerage Acct. #11 and Brokerage Acct. #12 as reflected below

Line 40 (Y) All of this asset was sold in 2012 as reflected on the 2012 report

Lines 47 to 51 (Y) This account was closed in 2013, with assets being transferred to Brokerage Acct. #11 as reflected below

Line 65 (Y) All of this asset was sold in 2013

Lines 68 to 75 (Y) All of these assets were sold in 2012 as reflected on the 2012 report

Lines 89 to 91 (Y) All of these assets were sold in 2012 as reflected on the 2012 report

Line 107 (Y) All of this asset was sold in 2013

Line 110 (Y) All of this asset was sold in 2013

Line 121 (Y) All of this asset was sold in 2012 as reflected on the 2012 report

Line 122 (Y) All of this asset was sold in 2012 as reflected on the 2012 report

Line 137 (Y) All of this asset was sold in 2012 as reflected on the 2012 report

Line 142 (X) New account created in 2013

Line 143 (X) Transfer of assets from Line 51

Line 148 (X) Transfer of assets from Line 48

Line 149 (X) Transfer of assets from Line 31

Lines 151 (X) Transfer of assets from Line 49

Line 156 (X) Transfer of assets from Line 50

Line 157 (X) Transfer of assets from Line 33

Line 159 (X) Transfer of assets from Line 47

Line 161 (X) Transfer of assets from Line 29

Line 165 (X) Transfer of assets from Line 35

Line 167 (X) Transfer of assets from Line 37

Line 171 (X) New account created in 2013

Line 172 (X) Transfer of assets from Line 28

Line 176 (X) Transfer of assets from Line 30

Line 178 (X) Transfer of assets from Line 32

Line 180 (X) Transfer of assets from Line 34

Line 182 (X) Transfer of assets from Line 38

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Kristine G. Baker**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544